ORDERED.

Dated: **October 05, 2015**



Authur B. Briskman
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No. 6:15-BK-07476-ABB
Chapter 13

**MARCELO MORA, JR. and**
**ADA MORA**

_____**Debtor**_____

### ORDER GRANTING DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY

THIS CASE came on September 30, 2015 for consideration upon the Debtor's Motion to Extend the Automatic Stay (Doc. No. 12). The Court considered the Motion, together with the record and finds that the Debtors' Motion to Extend Automatic Stay should be approved.

Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Extend the Automatic Stay is granted; and
2. The automatic stay is extended.

Attorney Sara Chalkley is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.