UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO.: 6:15-BK-07476-ABB

MARCELO MORA, JR. and
ADA MORA

Debtor(s).  CHAPTER 13
_____/

## VERIFIED MOTION TO STRIP LIEN OF PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC.

**NOTICE AND OPPORTUNITY TO OBJECT AND FOR HEARING**
Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the George C Young Courthouse at 400 W. Washington Avenue, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Sara Chalkley, Esq., Kaufman, Englett & Lynd, PLLC, 150 N. Orange Avenue, Suite 100, Orlando, FL 32801, and any other appropriate persons within the time allowed.
If you file and serve a response within in the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do no oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COME NOW the Debtors, MARCELO MORA, JR. and ADA MORA, by and through the undersigned attorney, and file this Motion to Strip Lien of PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. pursuant to 11 U.S.C. § 506 of the Bankruptcy Code and Bankruptcy Rule 3012 and in support thereof state the following:

1. The Debtors filed petition under Title 11, Chapter 13 of the United States Bankruptcy Code on August 31, 2015.
2. In the schedules filed with the petition in this case and on the master mailing matrix filed with the Clerk of this Court, a debt was listed in favor of PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. for the second deed of trust their petition and schedules that there was no equity in the residential real estate to which the assessments could secure at the time that the petition was filed, therefore, provided for the claim to paid as an unsecured claim under the terms of the confirmed plan.

3. Pursuant to Orange County Property Appraiser at the time they filed their bankruptcy petition and at the present time the value of the interest in the said residential real estate was and is approximately $ 222,715.00.

   LEGAL DESCRIPTION:

   LOT 356, PARKSIDE AT ERROL ESTATES PHASE III, according to the plat thereof as recorded in Plat Book 65, Page 146, Public Records of Orange County, Florida. Parcel Identification Number: 05-21-28-6692-03-560.

4. The Debtors interest in the real estate is subject to the first lien arising out of a mortgage in favor of NATIONSTAR MORTGAGE in the amount of $386,525.33.

5. The Debtors interest in the residential real estate is subject to a second lien arising out of assessments in favor of PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. in the amount of $9174.50.

6. The lien securing the assessments of PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. is junior to the first mortgage listed above as owing to NATIONSTAR MORTGAGE.

7. Pursuant to 11 U.S.C. § 506(a), PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. has no allowable secured claim regarding the claim for the assessments on the subject real estate.

8. Any timely filed claim of PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. for the second mortgage loan is allowable only as an unsecured claim and in the event that no such claim is filed PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. will have no claim against this estate.

WHEREFORE, the Debtors respectfully pray of the Court as follows:

A. That this Court determine that PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. has no secured interest for the assessments secured by the second lien on the residential real estate of the Debtors;

B. That this Court order PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. to cancel the junior lien on the residential real estate of the debtors pursuant to 11 U.S.C. § 506(d), immediately upon entry of the Discharge Order and

deliver the same to the attorney for the debtors within 20 days from the date of the entry of the said order at no charge or fee for the aforesaid cancellation and delivery;

C. That this Court direct the Trustee that any timely filed proof of claim of PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC. for the assessments be treated as an unsecured claim under the plan; and

D. That the Court grant such other and further relief as is proper and just.

## **DECLARATION**

We, MARCELO MORA, JR. and ADA MORA, swear or affirm that the information contained in this Motion to Strip Lien is true and correct to the best of our knowledge, information and belief.

_____          _____
**MARCELO MORA, JR.**                                **ADA MORA**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Strip Lien has been furnished by Electronic Notice or Regular U.S. Mail to:

**Chapter 13 Trustee**, Laurie K. Weatherford, PO BOX 3450, Winter Park, FL 32790;
**Debtors,** Marcelo Mora, Jr. and Ada Mora, 611 Lexington Pkwy, Apopka, FL 32712;
**Creditor,** PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC., 6972 Lake Gloria Blvd, Orlando, FL 32809-3200; and
**Creditor's Registered Agent,** Leland Management, 6972 Lake Gloria Blvd, Orlando, FL 32809.

/s/ Sara Chalkley, Esq.
Attorney for Debtor
Sara Chalkley, Esq.
Kaufman, Englett and Lynd, PLLC
150 N Orange Ave, Suite 100
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Fla Bar No.: 104939

# Property Record - 05-21-28-6692-03-560

Orange County Property Appraiser •
http://www.ocpafl.org

## Property Summary

**Property Name**
611 Lexington Pkwy

**Names**
Mora Mark
Mora Ada

**Municipality**
APK - Apopka

**Property Use**
0102 - Single Fam Class II

**Mailing Address**
611 Lexington Pkwy
Apopka, FL 32712-4420

**Physical Address**
611 Lexington Pkwy
Apopka, FL 32712



**QR Code For Mobile Phone**



282105669203560  08/19/2009



282105669203560  08/19/2009



282105669203560  12/29/2006



# Value and Taxes

## Historical Value and Tax Benefits

| Tax Year Values | Land | Building(s) | Feature(s) | Market Value | Assessed Value |
|---|---|---|---|---|---|
| 2015 ✓ MKT | $30,000 + | $200,166 + | $0 = | $230,166 (4.2%) | $222,715 (.80%) |
| 2014 ✓ MKT | $30,000 + | $190,947 + | $0 = | $220,947 (-2.6%) | $220,947 (-2.6%) |
| 2013 ✓ MKT | $10,000 + | $216,822 + | $0 = | $226,822 (1.7%) | $226,742 (1.7%) |
| 2012 ✓ MKT | $10,000 + | $212,952 + | $0 = | $222,952 | $222,952 |

| Tax Year Benefits | Original Homestead | Additional Hx | Other Exemptions | SOH Cap | Tax Savings |
|---|---|---|---|---|---|
| 2015 ✓ $ HX CAP | $25,000 | $25,000 | $0 | $7,451 | $749 |
| 2014 ✓ $ HX | $25,000 | $25,000 | $0 | $0 | $633 |
| 2013 ✓ $ HX CAP | $25,000 | $25,000 | $0 | $80 | $641 |
| 2012 ✓ $ HX | $25,000 | $25,000 | $0 | $0 | $645 |

## 2015 Taxable Value and Certified Taxes

| Taxing Authority | Assd Value | Exemption | Tax Value | Millage Rate | Taxes | % |
|---|---|---|---|---|---|---|
| Public Schools: By State Law (Rle) | $222,715 | $25,000 | $197,715 | 4.9700 (-4.90%) | $982.64 | 32 % |
| Public Schools: By Local Board | $222,715 | $25,000 | $197,715 | 3.2480 (0.00%) | $642.18 | 21 % |
| Orange County (General) | $222,715 | $50,000 | $172,715 | 4.4347 (0.00%) | $765.94 | 25 % |
| City Of Apopka | $222,715 | $50,000 | $172,715 | 3.2876 (0.00%) | $567.82 | 18 % |
| Library - Operating Budget | $222,715 | $50,000 | $172,715 | 0.3748 (0.00%) | $64.73 | 2 % |
| St Johns Water Management District | $222,715 | $50,000 | $172,715 | 0.3023 (-4.46%) | $52.21 | 2 % |
|  |  |  |  | 16.6174 | $3,075.52 |  |

## 2015 Non-Ad Valorem Assessments

| Levying Authority Assessment Description | Units | Rate | Assessment |
|---|---|---|---|
| CITY OF APOPKA APOPKA STORM - DRAINAGE - (407)703-1731 | 25.00 | $1.00 | $25.00 |
|  |  |  | $25.00 |

## Property Features

### Property Description

PARKSIDE AT ERROL ESTATES PHASE 3 65/146 LOT 356

### Total Land Area

11,096 sqft (+/-)  |  0.25 acres (+/-)  GIS Calculated

### Land (includes working values)

| Land Use Code | Zoning | Land Units | Unit Price | Land Value | Class Unit Price | Class Value |
|---|---|---|---|---|---|---|
| 0100 - Single Family | PUD | 1 LOT(S) | $30,000.00 | $30,000 | $0.00 | $30,000 |

### Buildings (includes working values)

| | | | | |
|---|---|---|---|---|
| **Model Code** | 01 - Single Fam Residence | | | |
| **Type Code** | 0102 - Single Fam Class II | | | |
| **Building Value** | $206,233 | | | |
| **Estimated New Cost** | $218,467 | | | |
| **Actual Year Built** | 2007 | | | |
| **Beds** | 5 | | | |
| **Baths** | 3.0 | | | |
| **Floors** | 2 | | | |
| **Gross Area** | 4166 sqft | | | |
| **Living Area** | 3221 sqft | | | |
| **Exterior Wall** | Cb.Stucco | | | |
| **Interior Wall** | Drywall | | | |

| Subarea Description | Sqft | Value |
|---|---|---|
| BAS - Base Area | 2157 | $137,466 |
| FGR - Fin Garage | 564 | $17,972 |
| FOP - F/Opn Prch | 341 | $5,417 |
| FUS - F/Up Story | 1064 | $57,612 |
| OPN - Open Area | 40 | $0 |

### Extra Features (includes working values)

| Description | Date Built | Units | Unit Price | XFOB Value |
|---|---|---|---|---|

There are no extra features associated with this parcel

## Sales

## Sales History

| Sale Date | Sale Amount | Instrument # | Book/Page | Deed Code | Seller(s) | Buyer(s) | Vac/Imp |
|---|---|---|---|---|---|---|---|
| 03/28/2007 | $441,000 | 2007021501 | 09192 / 1088 | Special Warranty | Tousa Homes Inc | Mora Mark Mora Ada | Improved |

## Similar Sales

| Address | Sale Date | Sale Amount | $/SQFT | Deed Code | Beds/Baths | Instrument # | Book/Page |
|---|---|---|---|---|---|---|---|
| 508 Parkside Pointe Blvd | 11/12/2015 | $237,000 | $84 | Warranty Deed | 4/3 | 20150609271 | 11017 / 1367 |
| 520 Errol Pkwy | 09/17/2015 | $299,000 | $92 | Warranty Deed | 5/3 | 20150497753 | 10987 / 1552 |
| 627 Lexington Pkwy | 08/26/2015 | $210,000 | $116 | Warranty Deed | 3/2 | 20150456517 | 10975 / 7745 |
| 561 Parkside Pointe Blvd | 06/12/2015 | $320,000 | $89 | Warranty Deed | 5/4 | 20150351424 | 10948 / 3809 |
| 485 Parkside Pointe Blvd | 05/28/2015 | $268,000 | $72 | Warranty Deed | 5/3 | 20150285374 | 10930 / 5496 |
| 551 Parkside Pointe Blvd | 03/04/2015 | $314,500 | $104 | Warranty Deed | 4/3 | 20150134963 | 10890 / 3449 |
| 659 Lexington Pkwy | 02/20/2015 | $252,000 | $89 | Warranty Deed | 4/3 | 20150109221 | 10883 / 3966 |
| 526 Errol Pkwy | 02/13/2015 | $277,000 | $89 | Warranty Deed | 4/3 | 20150099805 | 10880 / 9167 |
| 519 Parkside Pointe Blvd | 01/27/2015 | $149,500 | $46 | Quitclaim Deed | 5/3 | 20150063307 | 10871 / 7891 |

## Services for Location

### TPP Accounts At Location

| Account | Market Value | Taxable Value | Business Name(s) | Business Address |
|---|---|---|---|---|

There are no TPP Accounts associated with this parcel.

### Schools

Apopka (Elementary)

**Principal** Lukeshia Miller

| | |
|---|---|
| Office Phone | 407-884-2200 |
| Grades | 2014: C \| 2013: C \| 2012: D |

Apopka (Middle School)
| | |
|---|---|
| Principal | Kelly Pelletier |
| Office Phone | 407-884-2208 |
| Grades | 2014: B \| 2013: C \| 2012: B |

Apopka (High School)
| | |
|---|---|
| Principal | Mr. Douglas J Guthrie |
| Office Phone | 407-905-5500 |
| Grades | 2014: A \| 2013: B \| 2012: C |

**Community/Neighborhood Association**

| | |
|---|---|
| Name | Parkside at Errol Estates Homeowners Association, Inc. |
| Gated? | No |
| Mandatory? | Yes |
| Number Of Households | 408 |

**Utilities/Services**

| | |
|---|---|
| Electric | Duke Energy |
| Water | Apopka |
| Recycling | Apopka |
| Trash (Thursday, Monday) | Apopka |
| Yard Waste (Monday) | Apopka |

**Elected Officials**

| | |
|---|---|
| County Commissioner | Bryan Nelson |
| State Senate | Geraldine F. Thompson |
| State Representative | Jennifer Sullivan |
| US Representative | Corrine Brown |
| School Board Representative | Christine Moore |
| Orange County Property Appraiser | Rick Singh |

**Nearby Amenities (1 mile radius)**

| | |
|---|---|
| ATMS | 7 |

| | |
|---|---|
| Child Daycare | 1 |
| Dentists Offices | 1 |
| Dry Cleaners | 1 |
| Financial Institutions | 2 |
| Gas Stations | 2 |
| Grocery Store | 2 |
| Gyms & Fitness Centers | 1 |
| Restaurants | 10 |

# Market Stats

**Sales Within Last 1 Year**

Parkside At Errol Ests Ph3

| | Sales Within Last 6 Months | | | | Sales Between 6 Months To One Year | | | |
|---|---|---|---|---|---|---|---|---|
| | Count | Median | Average | Volume | Count | Median | Average | Volume |
| Single Family Residential | 3 | $237,000 ($92/SqFt) | $248,667 ($98/SqFt) | $746,000 | 6 | $272,500 ($89/SqFt) | $263,500 ($82/SqFt) | $1,581,000 |

Parkside At Errol Estates (All Phases)

| | Sales Within Last 6 Months | | | | Sales Between 6 Months To One Year | | | |
|---|---|---|---|---|---|---|---|---|
| | Count | Median | Average | Volume | Count | Median | Average | Volume |
| Single Family Residential | 13 | $226,000 ($96/SqFt) | $240,889 ($97/SqFt) | $3,131,557 | 23 | $189,000 ($89/SqFt) | $202,174 ($86/SqFt) | $4,650,000 |