ORDERED.

Dated:  March 02, 2016



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:  Case No. 6:15-bk-07476-ABB
Chapter 13

Marcelo Mora, Jr. and
Ada Mora

Debtors.
_____/

### ORDER GRANTING DEBTORS' VERIFIED MOTION TO STRIP LIEN OF ERROL ESTATE PROPERTY OWNERS' ASSOCIATION AND FOR DETERMINATION THAT CLAIM IS UNSECURED

This case came on for consideration upon Debtor's Verified Motion to Strip Lien of ERROL ESTATE PROPERTY OWNERS' ASSOCIATION ("Creditor") and for Determination that Claim is Unsecured (Doc. 27). ERROL ESTATE PROPERTY OWNERS' ASSOCIATION has not filed a response and more than 30 days have expired since the service of the motion. Accordingly, it is

**ORDERED:**

1. The Motion to Strip Lien of Errol Estate Property Owners' Association and Determine Secured Status is granted.

2. The Creditor has a second mortgage lien on Debtor's real property, described as:

    **Legal Description:**

    **LOT 356, PARKSIDE AT ERROL ESTATES PHASE III, according to the plat thereof as recorded in Plat Book 65, Page 146, Public Records of Orange County, Florida. Parcel Identification Number: 05-21-28-6692-03-560.**

3. If Errol Estate Property Owners' Association timely filed a proof of claim, the claim shall be treated as an unsecured claim in this Chapter 13 case.

4. Creditor's lien is void pursuant to 11 USC 506(d) and automatically extinguished upon entry of an Order of Discharge pursuant to 11 USC 1141, or 11 USC 1328.

Attorney Sara Chalkley is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.