UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                  Case No.: 6:15-bk-07476-ABB

MARCELO MORA, JR. and
ADA MORA

        Debtors.                                                      CHAPTER 13
_____/

## CERTIFICATE OF SERVICE

A true and correct copy of the Order Granting Motion to Determine Secured Status and to Strip Lien Effective Upon Discharge of Parkside at Errol Estates Homeowners Association, Inc. (Doc No. 35) has been sent by U.S. Mail or by electronic transmission on the 4th day of March, 2016 to: Chapter 13 Trustee, Laurie K. Weatherford, PO BOX 3450, Winter Park, FL 32790; Debtors, Marcelo Mora, Jr. and Ada Mora, 611 Lexington Pkwy, Apopka, FL 32712; Creditor, PARKSIDE AT ERROL ESTATES HOMEOWNERS ASSOCIATION, INC., 6972 Lake Gloria Blvd, Orlando, FL 32809-3200; and Creditor's Registered Agent, Leland Management, 6972 Lake Gloria Blvd, Orlando, FL 32809.

/s/ Sara Chalkley, Esq.
Sara Chalkley, Esq.
Attorney for Debtors
Kaufman, Englett & Lynd, PLLC
150 N. Orange Ave, Suite 100
Orlando, FL 32801
P. 407.513.1900
F. 407.309.5900
Fla. Bar No. 104939